# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**BRIAN POWELL and**
**TIFFANY POWELL,**

    **Plaintiffs,**

**v.**                                                                                        **Case No: 5:18-cv-142-Oc-30PRL**

**LEESBURG FOR RENT PROPERTY**
**MANAGEMENT LLC,**
**a Florida Corporation,**

    **Defendant.**

## ORDER

This matter is before the Court for consideration of *pro se* Plaintiffs' Motion for Electronic Filing Privileges (Doc. 12), in which Plaintiffs request permission to electronically file using the Court's CM/ECF system. Plaintiffs contend that the duty of mailing all documents is overly burdensome due to Plaintiff Brian Powell's mental and physical disabilities which make traveling to the post office difficult.

This Court's Administrative Procedures for Electronic Filing state that a *pro se* litigant is not permitted to file electronically, absent authorization by the Court. While not unsympathetic to Plaintiff's situation, the Court is disinclined to deviate from the general rule disallowing *pro se* parties to file electronically. Further, Plaintiffs' argument that utilizing U.S. mail is too burdensome is not compelling. While they contend that traveling to the post office is burdensome, Plaintiffs do not contend that they are unable to send and receive mail at their residence. Plaintiffs may, of course, avail themselves of a variety of services available through the United States Postal Service, including mail or package pickup from a home or business. *See* https://www.usps.com/.

Additionally, Plaintiffs are free to access and view court records for this case or others via PACER. *See* https://www.pacer.gov/. Finally, the Court observes that Plaintiffs have already successfully filed numerous pleadings in this case, as well as Case No. 5:18-cv-172-JSM-PRL.

Plaintiffs' Motion for Electronic Filing Privileges (Doc. 12) is **DENIED,** however such denial is without prejudice to the right to file a motion, if necessary, requesting an extension of time for any particular filing deadline.

Finally, Plaintiffs are again cautioned that despite proceeding pro se, they are required to comply with this Court's Local Rules, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence. Plaintiffs may obtain a copy of the Local Rules from the Court's website (http://www.flmd.uscourts.gov) or by visiting the Office of the Clerk of Court. Also, resources and information related to proceeding in court without a lawyer, including a handbook entitled *Guide for Proceeding Without a Lawyer*, can be located on the Court's website (http://www.flmd.uscourts.gov/pro_se/default.htm).

**DONE** and **ORDERED** in Ocala, Florida on June 11, 2018.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties